ANNA BERNSTEIN, Plaintiff, *v.* MILTON BEDRICK et al., Defendants.

SAMUEL ROSENZWEIG, Appellant; IRVING F. COHEN, Respondent.

(Argued April 10, 1933; decided May 23, 1933.)

*Samuel Rosenzweig,* in person, for appellant.
*Irving F. Cohen,* in person, for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.